**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:26-cr-196-AGM-DCI**

**ZACHARIAA HAJI**

| | | | |
|---|---|---|---|
| **JUDGE:** | Anne-Leigh Gaylord Moe | **COUNSEL FOR GOVERNMENT:** | Jerry M. Harre |
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | Sebastian Campbell |
| **COURT REPORTER:** | Karla Hyland<br>Hylandtranscripts@outlook.com | **PRETRIAL/PROBATION:** | Juan Cabrera<br>Brandon Ramirez |
| **SCHEDULED DATE/TIME:** | September 10, 2026<br>2:36pm-4:15pm<br>**Total Time: 1hr, 39 minutes** | **INTERPRETER:** | Not Required |

## MINUTES – Evidentiary Hearing

Case called; appearances taken.
Defense presents argument on the motion (Doc. # 32).
Defense calls Emily Elizabeth Haji as witness, duly sworn, testifies.
Cross-examination.
Court continues to hear argument on motion.
Court denies the motion for reconsideration (Doc. # 32) for reasons stated on the record.
Court adjourned.